IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 22-cv-02803-RM-KLM

SAMANTHA MARQUIS, derivatively on behalf of Nominal Defendant, Ampio Pharmaceuticals, Inc.,

    Plaintiff,

v.

MICHAEL A. MARTINO,
MICHAEL MACALUSO,
HOLLI CHEREVKA,
DAVID BAR-OR,
DAVID STEVENS,
J. KEVIN BUCHI,
PHILIP H. COELHO, and
RICHARD B. GILES,

    Defendants,

and

AMPIO PHARMACEUTICALS, INC., a Delaware Corporation,

    Nominal Defendant.

---

## ORDER
---

    This matter is before the Court sua sponte based on its understanding that Chief Judge Brimmer intends to consolidate this Civil Action No. 22-cv-2803-RM-KLM (the "Second Filed Action") into Civil Action No. 22-cv-2646-PAB (the "First Filed Action") pursuant to an unopposed Motion to Consolidate filed in that case (ECF No. 8). The Court ORDERS that, pursuant to D.C. Colo. L. Civ. R. 40.1(a), and as approved by the Chief Judge of the Court, the Clerk of the Court shall reassign this action to Chief Judge Brimmer. All further pleadings in

this case shall reflect the case number of 22-cv-02803-PAB-KLM.

DATED this 14th day of December, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge

2